**Electronically Filed
Supreme Court
SCWC-18-0000894
05-JAN-2021
09:07 AM
Dkt. 7 ODSAC**

SCWC-18-0000894

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

KEONI JAENTSCH, also known as Keone Jaentsch,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000894; FC-CR No. 1FC161000066)

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Kawamura, assigned by reason of vacancy)

The court having given further consideration to the record and motions in the instant case, it appears that the writ of certiorari herein was improvidently granted. Accordingly,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed. This dismissal is without prejudice to a subsequent Hawai'i Rules of Penal Procedure Rule 40 petition on the ineffective assistance of counsel claim.

DATED: Honolulu, Hawai'i, January 5, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Shirley M. Kawamura

